**Order entered October 22, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00247-CR

**CARSTEN HEDEMANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-34917-R**

## ORDER

The reporter's record was filed April 10, 2018. Missing from the record are the State's Exhibits 5 and 6, DVDs of the forensic interview. We **ORDER** court reporter Laura Weed to file, within **FOURTEEN DAYS OF THE DATE OF THIS ORDER**, a supplemental reporter's record containing true and correct playable copies of State's Exhibits 5 and 6, DVDs of the forensic interview.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, 265th Judicial District Court; Laura Weed, substitute deputy court reporter, 265th Judicial District Court; and to counsel for all parties.

/s/    CRAIG STODDART
           JUSTICE